1912.) **Action by James L. Andem** against the Mail & Express Company. C. S. Mackenzie, for appellant. J. C. Tomlinson, for respondent. No opinion. Order affirmed, with costs. Order filed.

---

**ANDERSON, Respondent, v. McNULTY BROS., Appellant, et al.** (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by James Anderson against McNulty Bros., impleaded with others. No opinion. Motion denied, without costs. See, also, 134 N. Y. Supp. 21.

---

**ANDREWS, Respondent, v. DRESSER, Appellant.** (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by William S. Andrews against Daniel L. Dresser. C. W. Gould, for appellant. W. W. Cantwell, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 925, 125 N. Y. Supp. 731.

SCOTT, J., dissents.

---

**ANGLO–SOUTH AMERICAN BANK, Limited, Respondent, v. LEVICK, Appellant, et al.** (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Anglo-South American Bank, Limited, against Douglas G. G. Levick, impleaded with others. F. E. M. Bullowa, for appellant. E. T. Rice, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re **ARGOTSINGER.** (Supreme Court, Appellate Division, Third Department. May 8, 1912.) In the matter of the final judicial settlement of the accounts of Archibald Argotsinger as surviving executor of the will of Sarah A. Ellsworth, deceased. No opinion. Decree unanimously affirmed, with costs.

---

**ARNETT, Appellant, v. STATE MUT. LIFE INS. CO., Respondent.** (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Harriett S. Arnett against the State Mutual Life Insurance Company. No opinion. Motion to amend decision (134 N. Y. Supp. 1125) denied, with $10 costs.

---

In re **AVRUTIS.** (Supreme Court, Appellate Division, First Department. June 22, 1912.) In the matter of Aaron Avrutis, an attorney. No opinion. Application granted. Settle order on notice. See, also, 134 N. Y. Supp. 1125.

---

**BAILEY v. BUFFALO LOAN & SAFE DEPOSIT CO. et al.** (Supreme Court, Appellate Division, Fourth Department. May 29 1912.) Action by Harlow W. Bailey against the Buffalo Loan & Safe Deposit Company and others.

PER CURIAM. Decision (135 N. Y. Supp 344) amended, upon motion, so as to provide that the costs awarded to the infant defendants shall be absolute, and not to abide event. The question of compensation to the guardian ad litem is one which should be presented to the trial court.

---

**BAILEY et al., Appellants, v. STATE, Respondent.** (Supreme Court, Appellate Division Third Department. May 8, 1912.) Action by Anna S. Bailey and another against the State of New York. No opinion. Judgment unanimously affirmed, with costs. Rehearing denied infra.

---

**BAILEY et al., Appellants, v. STATE, Respondent.** (Supreme Court, Appellate Division Third Department. May 28, 1912.) Action by Anna S. Bailey and another against the State of New York. No opinion. Motion for reargument denied. For former decision, see 135 supra.

---

**BAKER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent.** (Supreme Court, Appellate Division, Second Department April 26, 1912.) Action by George H. Baker against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for error in commenting upon the witness at folio 90, and for harmful discussion of the issue at folios 129 and 130.

---

**BALCEREK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department May 1, 1912.) Action by Theodozya Balcerek as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with cost to appellant to abide event. Held, that plaintiff's intestate was guilty of contributory negligence as matter of law.

---

**BALKAU v. ROHE & BRO.** (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by John Balkau against Rohe & Bro. No opinion. Motion granted, with $10 costs. Order filed.